kn

RICHARD G. HILL, ESQ.
State Bar No. 596
SOPHIE A. KARADANIS, ESQ.
State Bar No. 12006
RICHARD G. HILL, LTD.
652 Forest Street
Reno, Nevada 89509
(775) 348-0888
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA - LAS VEGAS

WARRIOR SPORTS, INC.,

    Plaintiff,

v.

LACROSSE TECHNOLOGY, LLC, a Nevada limited liability company; TAMMY DELORES LIER, also known as TAMMY D. GIBSON, also known as TAMMY LIER-GIBSON; and JOHN DOES I through X, inclusive,

    Defendants.

Case No.: 2:14-cv-01937-JCM-PAL

## ORDER AND STIPULATION FOR DISMISSAL

Plaintiff and defendants, by and through their undersigned counsel, stipulate and agree that this case be dismissed, with prejudice, with each party to bear their own fees and costs.

///

///

///

///

LAW OFFICE
RICHARD G. HILL,
LTD.
652 Forest Street
Reno, Nevada 89509
(775) 348-0888
Fax(775) 348-0858

**AFFIRMATION Pursuant to NRS 239B.030**

The undersigned does hereby affirm that the preceding document does not contain the social security number of any person.

RESPECTFULLY SUBMITTED.

RICHARD G. HILL, LTD.

DATED: 8/11/15

SOPHIE A. KARADANIS, ESQ.
652 Forest Street
Reno, Nevada 89509
Attorneys for Plaintiff

SOLOMON, DWIGGINS, FREER, LTD.

DATED: 8/11/15

ROSS E. EVANS, ESQ.
Cheyenne West Professional Centré
9060 West Cheyenne Avenue
Las Vegas, Nevada 89129
Attorneys for Defendants

**ORDER**

Good cause appearing, the stipulation of the parties is ratified by the Court.

IT IS SO ORDERED.

DATED August 13, 2015.

UNITED STATES DISTRICT JUDGE

LAW OFFICE
RICHARD G. HILL, LTD.
652 Forest Street
Reno, Nevada 89509
(775) 348-0888
Fax(775) 348-0858